BLANK ROME LLP
Jonathan A. Loeb (SBN 162758)
JLoeb@blankrome.com
Jeffrey Rosenfeld (SBN 221625)
JRosenfeld@blankrome.com
2029 Century Park East, 6th Floor
Los Angeles, CA 90067
Telephone:  424.239.3400
Facsimile:   424.239.3434

Attorneys for Defendant
Harry Winston, Inc.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OPTIKAL NOIZE, INC., | Case No. 2:16-cv-06528-GW (MRWx) |
| Plaintiff, | **STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)** |
| v. | |
| AAB PRODUCTIONS, INC., a New York corporation; THE FOUNDATION FOR AIDS RESEARCH, a New York not-for-profit corporation d/b/a amFAR; HARRY WINSTON, INC., a New York corporation; and DOES 1-100, INCLUSIVE, | (Removed From Superior Court of California, County of Los Angeles, Case No. BC629095) |
| Defendants | **Complaint Claimed Service:** August 3, 2016 |
| | **Removal filed:** August 31, 2016 |
| | **Current response due:** September 6, 2016 |
| | **New response due:** September 23, 2016 |

123176.00602/103354228v.1

STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT

**WHEREAS,** a notice of removal for California Superior Court, on consent of all parties, was filed on August 30, 2016.

**WHEREAS,** under Fed. R. Civ. P. 81(c)(2)(C), the time for AAB PRODUCTIONS, INC.; THE FOUNDATION FOR AIDS RESEARCH d/b/a amFAR; and HARRY WINSTON, INC. (collectively "Defendants") to serve an Answer or otherwise move with respect to the complaint is September 6, 2016.

**WHEREAS,** counsel for the party filing this document has received emails from all of the other signatories listed, and on whose behalf the filing is submitted, and each signatory expressly stated that he concurs in the filing's content and authorizes the filing.

**IT IS THEREFORE STIPULATED AND AGREED BY ALL OF THE PARTIES, BY AND THROUGH THEIR UNDERSIGNED COUNSEL, AS FOLLOWS:**

The time for all Defendants in the above captioned matter to serve an Answer, or otherwise move, with respect to Plaintiff's Complaint shall be September 23, 2016.

Dated:  September 1, 2016

OBAGI LAW GROUP, P.C.                    BLANK ROME LLP

By:   */s/ Zein E. Obagi Jr.*              By: */s/ Jeffrey Rosenfeld*
    Zein E. Obagi, Jr.                        Jeffrey Rosenfeld

*Attorneys for Plaintiff*                  *Attorneys for Defendant*
*Optikal Noize, Inc.*                      *Harry Winston, Inc.*

DAVIS WRIGHT TREMAINE LLP          OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C

By: */s/ Sean Sullivan*                    By:   */s/ Christopher Wong*
    Sean Sullivan |                           Christopher F. Wong

*Attorneys for Defendant*                  *Attorneys for Defendant*
*AAB Productions, Inc.*                     *The Foundation For Aids Research*

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

   I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action; my business address is 2029 Century Park East, 6th Floor, Los Angeles, California 90067.

   On **September 1, 2016**, I served the foregoing document(s):  on the interested parties in this action addressed and sent as follows:

**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**

   on the parties in this action by serving:

| | |
|---|---|
| Zein E. Obagi | Counsel for Optikal Noize, Inc. |
| Ben B. Jakovljevic, Esq. | |
| OBAGI LAW GROUP, P.C. | |
| 433 No. Camden Drive, Suite 400 | |
| Beverly Hills, CA 90210 | |
| Email: zo@obagilaw.com | |
| Email: bbj@obagilaw.com | |
| | |
| Sean Sullivan | Counsel for AAB Productions, Inc. |
| DAVIS WRIGHT TREMAINE LLP | |
| 865 S. Figueroa St., Suite 2400 | |
| Los Angeles, CA 90017 | |
| Email: seansullivan@dwt.com | |
| | |
| Patrick M. Collins | Counsel for amFAR |
| OGLETREE, DEAKINS, NASH, SMOAK | |
|  & STEWART, P.C. | |
| 1745 Broadway, 22nd Floor | |
| New York, NY 10019 | |
| Email: Patrick.Collins@ogletreedeakins.com | |

☒  **BY E-MAIL OR ELECTRONIC TRANSMISSION:** Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the document(s) listed above to be transmitted to the person(s) at the e-mail address(es) as indicated.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was incomplete or unsuccessful.

☐  **STATE:** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

123176.00602/103354228v.1

2

123176.00602/103354228v.1

1

2
        Executed on August 31, 2016, at Los Angeles, California.

3
                         /s/ Hannah No
                         Hannah No

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

123176.00602/103354228v.1

3

**PROOF OF SERVICE**