# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV16-6528-GW (MRWx) | Date | September 9, 2016 |
|---|---|---|---|
| Title | *Optikal Noize, Inc. v. AAB Productions, Inc., et al.* | | |

Present: The Honorable  GEORGE H. WU, UNITED STATES DISTRICT JUDGE

| Kamilla Sali-Suleyman | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):    COURT ORDER**

On the Court's own motion, a Scheduling Conference is set for **October 20, 2016, at 8:30 a.m.** Counsel are reminded of their obligations to disclose information, confer on a discovery plan, and report to the Court, as required by F.R.C.P. 26 and the Local Rules of this Court. Trial counsel are ordered to be present. A Joint 26(f) Report shall be filed with the Court not later than October 6, 2016. See Local Rule 26-1.

Plaintiff's counsel is directed to give notice of the scheduling conference to all parties that have appeared in this action, and is directed to give notice of the scheduling conference immediately to each party that makes an initial appearance in the action after this date.

                                                                        :
                                        Initials of Preparer    KSS