| | |
|---|---|
| 1 | Sean M. Sullivan (State Bar No. 229104) |
|   | seansullivan@dwt.com |
| 2 | Diana Palacios (State Bar No. 290923) |
|   | dianapalacios@dwt.com |
| 3 | DAVIS WRIGHT TREMAINE LLP |
|   | 865 South Figueroa Street, 24th Floor |
| 4 | Los Angeles, California 90017-2566 |
|   | Telephone: (213) 633-6800 |
| 5 | Fax: (213) 633-6899 |

Attorneys for Defendant
AAB PRODUCTIONS, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OPTIKAL NOIZE, INC., | Case No. **2:16-cv-06528 -GW-MRW** |
| Plaintiff, | **CORPORATE DISCLOSURE STATEMENT BY DEFENDANT AAB PRODUCTIONS** |
| vs. | |
| AAB PRODUCTIONS, INC., a New York corporation; THE FOUNDATION FOR AIDS RESEARCH, a New York not-for-profit corporation d/b/a amfAR; HARRY WINSTON, INC., a New York corporation; and DOES 1-100, INCLUSIVE, | |
| Defendants. | |

CORPORATE DISCLOSURE STATEMENT
DWT 30376702v1 0107199-000001

1  Pursuant to Federal Rule of Civil Procedure 7.1, Defendant AAB Productions,
2  Inc. ("AAB Productions") makes the following disclosures:
3  AAB Productions has no parent corporation and no publicly held corporation
4  owns 10% or more of its stock.

7  DATED: September 23, 2016    DAVIS WRIGHT TREMAINE LLP
                                SEAN M. SULLIVAN
8                               DIANA PALACIOS

10                              By:    */s/ Sean M. Sullivan*
11                                     Sean M. Sullivan

12                              Attorneys for Defendant
                                AAB PRODUCTIONS, INC.

1

CORPORATE DISCLOSURE STATEMENT
DWT 30376702v1 0107199-000001

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899