Sean M. Sullivan (State Bar No. 229104)
seansullivan@dwt.com
Diana Palacios (State Bar No. 290923)
dianapalacios@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, 24th Floor
Los Angeles, California 90017-2566
Telephone: (213) 633-6800
Fax: (213) 633-6899

Attorneys for Defendant
AAB PRODUCTIONS, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

OPTIKAL NOIZE, INC.,

Plaintiff,

vs.

AAB PRODUCTIONS, INC., a New York corporation; THE FOUNDATION FOR AIDS RESEARCH, a New York not-for-profit corporation d/b/a amfAR; HARRY WINSTON, INC., a New York corporation; and DOES 1-100, INCLUSIVE,

Defendants.

Case No. **2:16-cv-06528 -GW-MRW**

**CERTIFICATION OF INTERESTED PARTIES BY DEFENDANT AAB PRODUCTIONS**

Pursuant to Local Rule 7.1-1, the undersigned, counsel of record for Defendant AAB Productions, Inc. certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

| **Party:** | **Relationship to Case:** |
|---|---|
| Optikal Noize, Inc. | Plaintiff |
| AAB Productions, Inc. | Defendant |
| The Foundation for AIDS Research | Defendant |
| Harry Winston, Inc. | Defendant |

DATED: September 23, 2016

DAVIS WRIGHT TREMAINE LLP
SEAN M. SULLIVAN
DIANA PALACIOS

By: *_/s/ Sean M. Sullivan_*
Sean M. Sullivan

Attorneys for Defendant
AAB PRODUCTIONS, INC.



DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899