UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV16-6528-GW (MRWx) | Date | October 20, 2016 |
| Title | *Optikal Noize, Inc. v. AAB Productions, Inc., et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |
|---|---|

| Javier Gonzalez | Katie Thibodeaux | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Zein E. Obagi, Jr. | Christopher F. Wong |
| | Sean M. Sullivan |
| | Samuel D. Levy |

**PROCEEDINGS:**     **SCHEDULING CONFERENCE**

Court and counsel confer. The Court sets the following:

| | |
|---|---|
| Last day to add parties and/or amend pleadings | November 4, 2016 |
| Mediation cutoff | November 30, 2016 |
| Post-Mediation Status Conference | December 1, 2016 at 8:30 a.m. |
| Discovery cutoff | April 21, 2017 |
| Expert discovery cutoff | May 23, 2017 |
| Motion hearing cutoff | June 23, 2017 |
| Pretrial Conference | July 27, 2017 at 8:30 a.m. |
| Jury Trial | August 8, 2017 at 9:00 a.m. |

The parties are referred to ADR Procedure No. 3 - Private Mediation.

**cc: ADR Program**

                                                                                               :    06

Initials of Preparer    JG