# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OPTIKAL NOIZE, INC., a California corporation,<br><br>            Plaintiff,<br><br>       v.<br><br>AAB PRODUCTIONS, INC., a New York corporation; THE FOUNDATION FOR AIDS RESEARCH, a New York not-for-profit corporation, dba amfAR; HARRY WINSTON, INC., a New York corporation; and DOES 1-100, INCLUSIVE,<br><br>            Defendants. | Case No. CV 16-6528-GW(MRWx)<br><br>**ORDER GRANTING JOINT STIPULATION AND REQUEST TO CONTINUE MEDIATION CUTOFF AND POST-MEDIATION STATUS CONFERENCE**<br><br>[Filed concurrently with the Joint Stipulation and Request]<br><br>Complaint Filed:  August 1, 2016<br>Trial Date:           None<br>District Judge:    Hon. George H. Wu<br>                            Ctrm. 9D (1st Street)<br>Magistrate Judge: Hon. Michael R. Wilner<br>                            Ctrm. 650/550, Roybal |

Plaintiff Optikal Noize, Inc. and Defendants Harry Winston, Inc., AAB Productions, Inc., and The Foundation for AIDS Research dba amfAR, by and through their respective counsel, having submitted a Joint Stipulation and Request to Continue Mediation Cutoff and Post-Mediation Status Conference, and for good cause shown, IT IS HEREBY ORDERED as follows:

1) The Mediation cutoff, currently set for November 30, 2016, is continued to February 17, 2017; and

2) The Post-Mediation Status Conference, currently set for December 1, 2016 at 8:30 a.m., is continued to February 23, 2017 at 8:30 a.m.

**IT IS SO ORDERED.**

DATED: November 28, 2016

_____
Hon. George H. Wu
United States District Judge