

Zein E. Obagi, Jr. (State Bar No. 264139)
zo@obagilaw.com
Ben B. Jakovljevic (State Bar No. 301523)
bbj@obagilaw.com
**OBAGI LAW GROUP, P.C.**
433 North Camden Drive, Suite 400
Beverly Hills, CA 90210-4408
Telephone: (424) 284-2401
Facsimile: (424) 204-0719

Attorneys for Plaintiff
OPTIKAL NOIZE, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| OPTIKAL NOIZE, INC., a California corporation, <br><br> Plaintiff, <br><br> v. <br><br> AAB PRODUCTIONS, INC., a New York corporation; THE FOUNDATION FOR AIDS RESEARCH, a New York not-for-profit corporation, dba amFAR; HARRY WINSTON, INC., a New York corporation; and DOES 1-100, INCLUSIVE, <br><br> Defendants. | Case No.: 2:16-CV-06528-GW-MRW <br><br> **PLAINTIFF OPTIKAL NOIZE, INC.'S NOTICE OF GLOBAL SETTLEMENT** <br><br><br> **Complaint Filed**: August 1, 2016 <br> **Trial Date:** August 8, 2017 |

**TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiff Optikal Noize, Inc. and Defendants AAB Productions, Inc., The Foundation for Aids Research ("amfAR"), and Harry Winston, Inc. have reached an agreement upon the material terms of a confidential global settlement that would result in the dismissal of the complaint in this action, with prejudice.

All parties intend to consummate a final global settlement agreement within the next 30 days. Upon performance of any and all settlement obligations, Plaintiff anticipates filing a request for dismissal of its Complaint, with prejudice, prior to the March 30, 2017 continued mediation status conference set by the Court at this morning's hearing.

Dated: February 23, 2017                **OBAGI LAW GROUP, P.C.**

By: **/s/ Zein E. Obagi, Jr.**
Zein E. Obagi, Jr.
Ben B. Jakovljevic
Attorneys for Plaintiff
OPTIKAL NOIZE, INC.